UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:18CR00081 SNLJ ) |
| CHRISTOPHER DALE LEWIS, | ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites Leoni (#77), filed March 18, 2019 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's pretrial motions are (Docs. 53, 55, 56, 58, and 65) **DENIED**.

Dated this 17th day of April, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE